**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE N#: 2 19 cr 156 |
| Plaintiff, | |
| | JUDGE Judge Watson . |
| vs. | |
| | **INFORMATION** |
| **JOSEPH MICHAEL BRAGG** | |
| | 18 U. S. C. § 875(c) |
| Defendant. | 18 U. S. C. § 115(a)(1)(B) |

**THE UNITED STATES ATTORNEY CHARGES:**

## <u>COUNT 1</u>
### (Transmitting a Threat in Interstate Commerce)

From on or about June 2, 2018 through on or about July 16, 2018, in the Southern District of Ohio, the defendant, **JOSEPH MICHAEL BRAGG**, knowingly and willfully transmitted in interstate commerce from Columbus, Ohio, to the State of Oklahoma, electronic communications, which contained threats to injure numerous individuals in Oklahoma. For example, on July 15, 2018, the defendant knowingly and willfully transmitted in interstate commerce from Columbus, Ohio, to the State of Oklahoma, an electronic communication, which contained a threat to Rogers County, Oklahoma Sheriff Scott Walton, wherein the defendant specifically stated:

> "I am coming to cut off the heads of anyone with a badge and your families...anyone who has ever worked in support of law enforcement or any other freemasonic fairy tale scheme in any way, even if you aren't a pussy faggot mason or eunuch. I will cut off your and your families' heads. Why such a choice of method you may ask? Well... that question may be best answered by a eunuch themselves....ask them why they are so afraid if being beheaded. Good news is, nothing will stop what mother earth is about to do. Nor can anything stop what I am about to do. ScoTTy Girl Walton.... You I am coming for personally. You better be very careful even now you pussy bitch bc I AM COMING to CUT OFF

YOUR HEAD. I am going to rid earth of many if you and the earth is telling me the time is imminent. I've been patient for some time. Now I get to reward the "hero" 33's for your service to freemason trannies. It is an honor to send you without a head on behalf of the innocent and exploited. I will cut off your and your families' heads with great zeal. Pussy okie trash never thinks ahead... There's stupid then there's Oklahoma stupid."

**In violation of 18 U.S.C. § 875(c).**

## COUNT 2
### (Influencing a Federal Official by Threat)

On or about July 20, 2018, in the Southern District of Ohio, the defendant, **JOSEPH MICHAEL BRAGG**, did threaten to assault and murder Kenneth Smith, a Special Agent with the Federal Bureau of Investigation, with intent to impede, intimidate, and interfere with Special Agent Smith while he was engaged in the performance of his official duties, to wit: the defendant, **JOSEPH MICHAEL BRAGG**, stated "I have bullets and I'll show you what bullets can do...I'll cut your fucking head off too...you mason motherfucker."

**In violation of 18 U.S.C. § 115(a)(1)(B).**

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

*Jessica W. Knight*
JESSICA W. KNIGHT, (0086615)
Assistant United States Attorney

2